UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1456
_____

HELISHA MOORE,
Appellant

v.

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP;
CHRISTINA N. STRIPP

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:23-cv-00833)
District Judge: Honorable Michael A. Shipp

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
March 27, 2025

_____

Before: BIBAS, PHIPPS, and AMBRO, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on the record on appeal from the United States District Court for the District of New Jersey and was submitted on March 27, 2025. On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the order of the United States District Court for the District of New Jersey entered on February 8, 2024, is

hereby AFFIRMED.  Costs shall be taxed in this matter against Appellant.  All of the above in accordance with the Opinion.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  September 25, 2025

Certified as a true copy and issued in lieu of a formal mandate on  12/29/25

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**